1  JING XU _____ (Plaintiff's Full Name)
2  superbloom2020@Gmail.com (Email Address)
3  P.O. Box 51081 _____ (Address Line 1)
4  Irvine CA 92619 _____ (Address Line 2)
5  424 408 7861 _____ (Phone Number)
6  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAY 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JING XU,
  Plaintiff,
vs. City of Los Angeles
Los Angeles Police Department
E. Watts #43716, John Doe
J. Velazquez, #42422, John Doe
Hernandez #43215, John Doe,
Maldonado Defendant(s) #43223 John Doe
Lt. Sanchez, #25339, John Doe

Case No.: 2:23CV01575-FLA(SP)

**PROOF OF SERVICE ON A STATE AGENCY OR LOCAL GOVERNMENT AGENCY**

I, Cheng Gu (name of server), declare as follows:

1. At the time of service I was at least 18 years of age and **not a party to this lawsuit**.

2. I served copies of the summons, complaint, and certificate and notice of interested parties (hereinafter referred to as "copies").

///

3.  I served the defendant __City of Los Angeles__
    (name of Defendant)

4.  I served the copies by: (**check only one**)

    a. ☐ **Personal Service** in compliance with the California Code of Civil Procedure. I personally delivered copies to the head of the agency named in ¶ 3:

    Name: _____
    Title: _____ (head of the agency)
    Date: _____ Time: _____
    Address: _____ (street)
    _____ (city, state, zip code)

    b. ☐ **Combination Service at Agency's Place of Business** in compliance with the California Code of Civil Procedure. I personally delivered copies to a person apparently in charge of the office who was at least 18 years of age and informed him or her of the general nature of the papers. I left the copies with:

    Name: __Prisilla Ruiz__
    Date: __4.14.2023__ Time: __2:43 PM__
    Address: __Room 395 City Hall, 200 N Spring St__ (street)
    __Los Angeles CA 90012__ (city, state, zip code)

    I also mailed copies to the office or place of business addressed to the head of the agency on _____.
    (date)

///
///
///

2
Proof of Service

5. My name, address, and telephone number are:

   Cheng Gu (Full Name)
   P.O. Box 51081 (Address Line 1)
   Irvine CA 92619 (Address Line 2)
   310 779 6165 (Phone Number)

6. I am not a registered California process server.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4 14 2023 at Room 395 City Hall.
             (date)                    (place of signing)

_____C G_____ (Signature)
_____Cheng Gu_____ (Name)

Case 2:23-cv-01575-FLA-SP   Document 17   Filed 04/05/23   Page 1 of 2   Page ID #:91

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### CENTRAL DISTRICT OF CALIFORNIA

JING XU

    *Plaintiff(s)*

v.

City of Los Angeles
(See Attachments #1)

    *Defendant(s)*

Civil Action No. 2:23-cv-01575-FLA-SP

RECEIVED
CITY CLERK'S OFFICE
2023 APR 14  PM 2: 43
BY_____ CITY CLERK
         DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    City of Los Angeles
    Office of the City Clerk
    Room 395, City Hall
    200 N Spring St.
    Los Angeles, CA 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jing Xu
    P.O. BOX. 51081, Irvine, CA 92619

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: April 5, 2023       /s/ E. Synagogue
    *Signature of Clerk or Deputy Clerk*