UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JING XU, | ) | Case No. 2:23-cv-01575-FLA (SP) |
| Plaintiff, | ) | |
| v. | ) | ORDER SETTING SCHEDULING CONFERENCE |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

    This matter is set for a scheduling conference on **June 27, 2023**, at 10:00 a.m. in Courtroom 4 of the United States District Court, Riverside Courthouse, located at 3470 Twelfth Street in Riverside, California.  The conference will be held pursuant to Fed. R. Civ. P. 16(b).  Counsel responsible for the conduct of this litigation, and any unrepresented parties, must be present.  The court intends to hold the conference by Zoom or other video conferencing, but plaintiff and defense counsel must contact the Courtroom Deputy Clerk in advance to arrange the video appearance, or if plaintiff or counsel wish to appear in person or by other means.

    The parties are not required to (but may) disclose information, or confer on a discovery plan, or file any report with the court prior to the scheduling conference. The court will give the parties time to meet and report back to the court during or immediately following the scheduling conference.  The parties should be prepared

to discuss the following at the scheduling conference:

    (1)    Documents and other information they believe should be disclosed under Fed. R. Civ. P. 26(a)(1)(A);

    (2)    A proposed completion date for all discovery;

    (3)    Any motions the parties anticipate filing;

    (4)    Whether they believe the case is now ripe for settlement discussions and, if not, what discovery or other developments are needed to make settlement discussions productive; and

    (5)    The form of settlement conference or other alternative dispute resolution process they believe would be appropriate in this case.

IT IS SO ORDERED.

DATED: June 5, 2023

                                                            _____
                                                            SHERI PYM
                                                            UNITED STATES MAGISTRATE JUDGE