UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-CV-01575-FLA (SP) | Date | June 27, 2023 |
|---|---|---|---|
| Title | Jing Xu v. City of Los Angeles, et al., | | |

| Present: The Honorable | **SHERI PYM, United States Magistrate Judge** |
|---|---|

| Kimberly I. Carter | CS-RS-146 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jing Xu, Pro Se | Shant Sevag Gabriel Taslakian |

**Proceedings:**     SCHEDULING CONFERENCE

   The court and counsel conferred regarding the case. The case management dates will be set forth in a separate order.

                                                                                                                    00  :  12

                                                         Initials of Preparer    KC