UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01575-FLA (SP)<br><br>CASE MANAGEMENT AND SCHEDULING ORDER<br><br>[CIVIL RIGHTS] |

Defendants who have been served to date filed their answers to plaintiff's complaint on May 5, May 15, and June 2, 2023. The court held a scheduling conference on June 27, 2023. Consistent with the discussion at the scheduling conference, and in order to facilitate the just and speedy determination of this case, the parties are directed to comply with the following instructions and adhere to the deadlines and schedules that follow.

**INITIAL DISCLOSURES**

**1.** The parties shall meet and confer regarding discovery, and shall make their initial disclosures of documents and other information that must be disclosed under Fed. R. Civ. P. 26(a)(1)(A) on or before **July 27, 2023**, unless otherwise agreed by the parties. The parties are not required to further confer or submit a report as otherwise required by Fed. R. Civ. P. 26(f).

# DISCOVERY

**2.   Cutoff Date**

All discovery shall be <u>completed</u> on or before **March 1, 2024**. No discovery may be taken after that date without the prior approval of the court. Such approval will be granted only in exceptional circumstances and upon a showing of good cause. Discovery taken by deposition is complete when questioning ceases. Discovery taken by written request (interrogatories, requests for production of documents and things, and requests for admissions) is complete on the date when the written response to the request is due.

**3.   Availability of Discovery**

Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party. *See* Fed. R. Civ. P. 26(b)(1). Pro se litigants are entitled to discovery in civil rights actions to the same extent as are litigants represented by counsel. Notwithstanding these general principles, the court may order a complete or partial stay of discovery in appropriate circumstances.

**4.   Depositions**

Any deposition shall be scheduled to commence at least 14 calendar days after service of the deposition notice and at least 5 court days before the discovery cutoff date. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of court is hereby given to depose plaintiff if plaintiff is confined in prison.

**5.   Interrogatories**

Any interrogatories shall be served at least 45 calendar days prior to the discovery cut-off date.

**6.   Production of Documents and Things**

Any request for production of documents or things shall be served at least 45 calendar days prior to the discovery cut-off date.

**7.     Requests for Admissions**

Any requests for admissions shall be served at least 45 calendar days prior to the discovery cut-off date.

## MOTIONS

**8.     Discovery Motions**

Any motion challenging the adequacy of a discovery response, or seeking an order compelling further discovery, shall be filed and served not later than the discovery cut-off date. The parties shall make all reasonable efforts to resolve discovery disputes before filing any discovery motion.

**9.     Substantive Motions**

Any motions directed to the court's jurisdiction or to the merits of any claim or defense (such as a motion to dismiss or a motion for summary judgment) shall be filed and served not later than **April 16, 2024**. If no party to the action is in custody, the regular Local Rules governing the noticing and briefing of motions shall apply. *See* Local Rules 7, 56. If any party to the action is in custody, then no hearing date will be set, any opposition to the motion shall be filed and served within 30 calendar days after service of the motion, any reply shall be filed within 14 calendar days after service of the opposition, and the motion shall be deemed submitted for decision on the basis of the papers timely filed and without oral argument unless otherwise ordered by the court.

## SETTLEMENT PROCEDURES

**10.**     Local Rule 16-2.9 requires the parties in every case to participate in a formal settlement proceeding. Counsel must complete the settlement conference or mediation by **March 15, 2024**. As discussed at the scheduling conference, the parties shall appear before a neutral selected from the court's Mediation Panel, or before an attorney appointed by the court for settlement proceedings. By separate order, the court will refer this case to the court's ADR program.

**11.**     Unless otherwise noted, the parties shall follow the "Requirements for

Settlement Procedures" set forth in Local Rule 16-15.5.  If a settlement is reached, it shall be reported immediately to this court as required by Local Rule 16-15.7.

## STATUS REPORT

12.  Each party shall file and serve a status report no later than **January 26, 2024**.  The status report shall contain the following information: (a) a summary of the proceedings to date and a statement of the principal issue(s) raised by the case; (b) a statement as to whether all parties have been served; (c) a statement as to whether other parties will be added or amended pleadings will be filed, and if so, a proposed deadline by which those steps will be taken; (d) a description of any discovery completed, and a schedule for any future discovery; (e) a list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions; (f) an estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested; (g) a description of any settlement negotiations that have occurred or are scheduled, and a recommendation as to the form of settlement conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case, if not already established at the scheduling conference; and (h) any suggestions the parties may wish to make regarding the management of this action.  Where feasible, the parties are strongly encouraged to file a joint status report.

## COMPLIANCE WITH RULES

13.  All parties must comply with the Federal Rules of Civil Procedure and the Local Rules of this court, unless compliance is expressly waived by order.

IT IS SO ORDERED.

DATED: June 28, 2023

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE