# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jing Xu<br><br>v.<br><br>City of Los Angeles, et. al<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cv-01575-FLA-SP<br><br>NOTICE OF MEDIATION DATE |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for February 21, 2024 at 1:30 ☐ a.m. / ☑ p.m.

**LOCATION:** Zoom

---

**The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

---

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** November 1, 2023

**Panel Mediator:** Linda B. Martin
**Address:** Martin Dispute Resolution
19744 Beach Blvd, Suite 311
Huntington Beach, CA 92648
**Phone:** (714) 309-7162