**HYDEE FELDSTEIN SOTO,** City Attorney- SBN 106866
**DENISE C. MILLS,** Chief Deputy City Attorney – SBN 191992
**SCOTT MARCUS,** Chief Asst. City Attorney-SBN 184980
**CORY M. BRENTE,** Assistant City Attorney-SBN 115453
**SHANT TASLAKIAN,** Deputy City Attorney-SBN 272485
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900; Fax No.: 213) 978-8785
Email: Shant.Taslakian@lacity.org

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU,<br><br>*Plaintiff*,<br><br>v.<br><br>City of Los Angeles,<br>Los Angeles Police Department,<br>E Watts, #43716, John Doe<br>J. Velazquez, #42422, John Doe<br>Hernandez, #43215, John Doe<br>Maldonado, #43223, John Doe<br>Lt. Sanchez, #25339, John Doe<br><br>*Defendants*. | CASE NO. 2:23CV01575-FLA(SP)<br><br>*Hon. Fernando L. Aenlle-Rocha, Crtrm 6B, First Street Federal Courthouse*<br><br>*Hon. Sheri Pym, Magistrate Judge, Crtrm. 3, 3rd Floor, George E. Brown, Jr. U.S. Courthouse, Riverside, CA 92501*<br><br>**JOINT STATUS REPORT** |

TO THE HONORABLE COURT AND TO PLAINTIFF, PRO SE:

Please take notice that Defendants, City of Los Angeles, Jose Hernandez and Eric Watts file this Status Report:

1

(a) Summary of the proceedings to date and a statement of the principal issue(s) raised by the case:

    a. Plaintiff: Plaintiff initiated legal proceedings with a complaint filed on March 2, 2023. The complaint alleges false arrest, false imprisonment, and malicious prosecution, asserting violations of the plaintiff's Fourth Amendment right, Fifth Amendment right, and Fourteenth Amendment right.

    b. Defendant: Defendants' contend that the officers' actions were lawful and reasonable at all times.

(b) Statement as to whether all parties have been served;

    a. Plaintiff: All parties have been served with the exception of Lt. Sanchez, #25339, John Doe, who have not yet been located. Efforts to locate this individual are ongoing. Concurrently, I am preparing to file a motion to compel discovery from the defendants, which is aimed at obtaining Lt. Sanchez's location to facilitate service. This motion will be filed before March 1, 2024.

(c) Statement as to whether other parties will be added or amended pleadings will be filed, and if so, a proposed deadline by which those steps will be taken:

    a. Plaintiff: At present, there are no plans to add additional parties to the case. However, I am considering amending the pleadings to include new information that has recently come to light. I anticipate being able to file the amended pleadings by February 29, 2024 and will notify the court and other parties involved in accordance with the relevant procedural rules.

    b. Defendant: None

(d) Description of any discovery completed, and a schedule for any future discovery;

    a. Plaintiff: The plaintiff has sent the initial phase of discovery, which included Requests for Production, Requests for Admission, and Requests for Interrogatories. Looking ahead, Plaintiff plans to continue with the discovery process by sending a notice for deposition to defendants' counsel.

Additionally, Plaintiff will file a request for the Appointment of Counsel to assist specifically with discovery, and request an Extension of the discovery timeframe. Anticipate additional requests for admissions and interrogatories to be made.

b. Defendant has sent Request for Production and Request for Interrogatories and have noticed Plaintiff's deposition for February 13, 2024.

(e) Contemplated motions, if any, along with proposed dates for the filing and hearing of such motions;

a. Plaintiff: Plaintiff intends to file the following motions: firstly, a Motion to compel Production, admissions, and Interrogatories, which is scheduled for filing before March 1, 2024. Secondly, a stipulated protective order will be submitted. Thirdly, Plaintiff will submit a request for the Appointment of Counsel to assist specifically with discovery, and finally, Plaintiff will file a request for an Extension of the discovery timeframe. The proposed dates for submitting these additional requests will be provide as soon as they are determined.

b. Defendant: Defendants intend on filing a Motion for Summary Judgment to be filed and heard pursuant to the Court's scheduling order.

(f) Estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested;

a. Plaintiff: Plaintiff requests a jury trial and estimate that the trial will require approximately four days.

b. Defendant: Defendant's request a jury trial and estimate that the trial will be 3-4 days.

(g) Settlement negotiations:

a. Mediation has been scheduled for February 21 with an ADR panel mediator. The parties had a pre-mediation call with the mediator prior to selecting the date.

3

1  (h) Any suggestions the parties may wish to make regarding the management of this action.

    a. Plaintiff: Nothing additional

    b. Defendant: Nothing additional

Date: January 24, 2024.

/x/

Jing Xu

Plaintiff in Pro Se

Dated:  January 26, 2023

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**SCOTT MARCUS,** Chief Asst. City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: ___/s/ *Shant Taslakian*___
      **SHANT TASLAKIAN**
      Deputy City Attorney

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**

4