HYDEE FELDSTEIN SOTO, City Attorney- SBN 106866
DENISE C. MILLS, Chief Deputy City Attorney – SBN 191992
SCOTT MARCUS, Chief Asst. City Attorney-SBN 184980
CORY M. BRENTE, Assistant City Attorney-SBN 115453
**SHANT TASLAKIAN,** Deputy City Attorney-SBN 272485
200 North Main Street, 6th Floor, City Hall East            <u>DISCOVERY</u>
Los Angeles, California 90012
Phone No.: (213) 978-6900; Fax No.:  213) 978-8785
Email: Shant.Taslakian@lacity.org

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU, <br><br> *Plaintiff,* <br><br> v. <br><br> City of Los Angeles, <br> Los Angeles Police Department, <br> E Watts, #43716, John Doe <br> J. Velazquez, #42422, John Doe <br> Hernandez, #43215, John Doe <br> Maldonado, #43223, John Doe <br> Lt. Sanchez, #25339, John Doe <br><br> *Defendants*. | CASE NO.  2:23CV01575-FLA(SP) <br><br> **Hon. Fernando L. Aenlle-Rocha**, *Crtrm 6B, First Street Federal Courthouse* <br><br> **Hon. Sheri Pym,** *Magistrate Judge, Crtrm. 3, 3rd Floor, George E. Brown, Jr. U.S. Courthouse, Riverside, CA 92501* <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF ECF DOC. NO. 70** |

1

**TO ALL PARTIES AND TO THIS HONORABLE COURT:**

Defendants hereby withdraws its Notice of Withdrawal of Dkt. 70, filed on February 13, 2024.

Dated: Feb. 14, 2024

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**SCOTT MARCUS,** Chief Asst. City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By:  /s/ *Shant Taslakian*
**SHANT TASLAKIAN**
Deputy City Attorney

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**

2