HYDEE FELDSTEIN SOTO, City Attorney- SBN 106866
DENISE C. MILLS, Chief Deputy City Attorney – SBN 191992
SCOTT MARCUS, Chief Asst. City Attorney-SBN 184980
CORY M. BRENTE, Assistant City Attorney-SBN 115453
**SHANT TASLAKIAN,** Deputy City Attorney-SBN 272485
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900; Fax No.: 213) 978-8785
Email: Shant.Taslakian@lacity.org

<u>DISCOVERY</u>

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU,<br><br>*Plaintiff*,<br><br>v.<br><br>City of Los Angeles,<br>Los Angeles Police Department,<br>E Watts, #43716, John Doe<br>J. Velazquez, #42422, John Doe<br>Hernandez, #43215, John Doe<br>Maldonado, #43223, John Doe<br>Lt. Sanchez, #25339, John Doe<br><br>*Defendants*. | CASE NO. 2:23CV01575-FLA(SP)<br><br>**Hon. Fernando L. Aenlle-Rocha**, *Crtrm 6B, First Street Federal Courthouse*<br><br>**Hon. Sheri Pym,** *Magistrate Judge, Crtrm. 3, 3rd Floor, George E. Brown, Jr. U.S. Courthouse, Riverside, CA 92501*<br><br>**DEFENDANTS' NOTICE OF ERRATA RE ECF DOC NO. 72** |

1

**TO ALL PARTIES AND TO THIS HONORABLE COURT:**

Defendants hereby file a Notice of Errata re ECF Doc No. 72 due to omitting Exhibit 1 to its Opposition.

Exhibit 1 (Emails) is attached hereto.

Dated:  Feb. 14, 2024

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**SCOTT MARCUS,** Chief Asst. City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By:  /s/ *Shant Taslakian*
**SHANT TASLAKIAN**
Deputy City Attorney

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**