# EXHIBIT 1

# EMAILS

EXHIBIT 1



Shant Taslakian <shant.taslakian@lacity.org>

## Request for Extension of Discovery Deadline
9 messages

**Lin** <superbloom2020@gmail.com>                                                  Fri, Jan 5, 2024 at 4:31 PM
To: Shant Taslakian <shant.taslakian@lacity.org>

Dear Mr. Shant Taslakian,

As per the meet and confer process, I am formally requesting an extension of the current discovery cut-off date by 260 days.

Our current deadline for the submission of discovery responses, including admissions and interrogatories, is set for January 15th, 2024. As of today, I have yet to receive the documents requested in your production files. Given the extensive nature of the discovery materials, I understand that additional time may be necessary for your thorough preparation and review.

Furthermore, I recall your recent request for an extension to respond to discovery due to your medical leave and a demanding schedule. It is my belief that a mutual extension would be mutually advantageous, allowing you the required time for file preparation and affording me the opportunity to comprehensively review the materials upon their receipt.

Could you please confirm your position on this proposed extension at your earliest convenience? Your prompt attention to this matter would be greatly appreciated, and I believe it will facilitate a more efficient and effective discovery process for both parties involved.

Thank you for your consideration.

Warm regards,

Xu


**Shant Taslakian** <shant.taslakian@lacity.org>                                    Mon, Jan 8, 2024 at 12:55 PM
To: Lin <superbloom2020@gmail.com>
Cc: Melinda Crowe <melinda.crowe@lacity.org>

Ms. Xu

Thank you for reaching out. The documents you requested will be sent out today electronically for your download and review.

As for your request of a 260 day extension of the current discovery cut off, it would be helpful to talk about your request on a call. The time you're requesting is very long and I'd like to better understand why you are requesting such a prolonged delay. Are you free today or tomorrow for a call? Please let me know.

Best regards,

Shant
[Quoted text hidden]

--
**Mr. Shant Taslakian**
Deputy City Attorney
Los Angeles City Attorney's Office
Police Litigation Unit
200 N. Main St., 6th Floor
Los Angeles, CA 90012

**EXHIBIT 1**

Main Line: (213) 978-6900
Direct Line: (213) 978-8722
Shant.Taslakian@lacity.org
Image result for city of los angeles logo

---

**Lin** <superbloom2020@gmail.com>   Mon, Jan 8, 2024 at 1:20 PM
To: Shant Taslakian <shant.taslakian@lacity.org>
Cc: Melinda Crowe <melinda.crowe@lacity.org>

Dear Mr. Shant,

Sure, how about today at 4:00pm? You may reach me at 424 408 7861.
May I know your direct line number so that I can reach you?

Regards,
Xu

[Quoted text hidden]
> [Quoted text hidden]
> *****************Confidentiality Notice **************************
> This electronic message transmission contains information
> from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege
> and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
> distribution or use of the content of this information is prohibited. If you have received this communication in error,
> please notify us immediately by e-mail and delete the original message and any attachments without reading or saving
> in any manner.
> **********************************************************************

---

**Shant Taslakian** <shant.taslakian@lacity.org>   Mon, Jan 8, 2024 at 1:21 PM
To: Lin <superbloom2020@gmail.com>
Cc: Melinda Crowe <melinda.crowe@lacity.org>

That works, my direct line is 213-978-8722.
[Quoted text hidden]

---

**Lin** <superbloom2020@gmail.com>   Mon, Jan 8, 2024 at 3:40 PM
To: Shant Taslakian <shant.taslakian@lacity.org>
Cc: Melinda Crowe <melinda.crowe@lacity.org>

sure, I will reach you today at 4:00pm then.
[Quoted text hidden]

---

**Shant Taslakian** <shant.taslakian@lacity.org>   Mon, Jan 8, 2024 at 4:59 PM
To: Lin <superbloom2020@gmail.com>
Cc: Melinda Crowe <melinda.crowe@lacity.org>

Ms. Xu,

I am glad we took the time for the call.

As you indicated, you're requesting an extension of 260 days because you want to send further interrogatories and request for admissions.

At this time, we would be opposing your request for a 260 day extension to the discovery cut-off for purposes of sending additional interrogatories and requests for admission given outstanding discovery. However, as I indicated, I will take a moment to review and reconsider this position and let you know by Wednesday if I have an alternate proposal, but it seems unlikely.

Further, as I indicated, we had sent the majority of discovery to you in our possession on or about November 8, 2023. The remaining items are the body worn videos and the in-car video of your transportation to the police station. I will be

**EXHIBIT 1**

sending the videos indicated to you by tomorrow, they are currently being watermarked pursuant to the protective order. You also indicated that you did not receive the 911 call, however the 911 call transferred to the LAPD was previously turned over (please see bate stamp COLA 0026) on November 8. Thus, the only remaining items you do not have are the body worn videos, all of which could be reviewed multiple times in a day.

I will be in touch with you shortly. Should you need to file any motions, please do not delay based on my representation. I will take a moment to review the file to reconsider your position, but in no way am I indicating that I agree to an extension at this point.

Best,

Shant

[Quoted text hidden]

---

**Lin** <superbloom2020@gmail.com>                                                                             Mon, Jan 8, 2024 at 11:57 PM
To: Shant Taslakian <shant.taslakian@lacity.org>
Cc: Melinda Crowe <melinda.crowe@lacity.org>

Dear Mr. Shant Taslakian,

Thanks for the time for the call this afternoon. Following our conversation today afternoon, I'm reaching out to formally request a reconsideration of the extension for our discovery cut-off date.

As a pro se litigant working in my second language, the discovery process inherently demands more time from me. However, this need is compounded by the multiple extensions, delays, and non-response previously granted at your request due to your medical leaves and trial schedules etc. It would be inequitable to deny me a similar courtesy, particularly when it comes to reviewing pivotal evidence like the bodycam tapes, which I have yet to receive.

With the current deadline of January 15, 2024 for discovery admissions and Interrogatories, looming, it leaves me insufficient time to review the tapes and draft comprehensive discovery admissions and interrogatories. Additionally, my reliance on the federal pro se clinic for legal guidance further necessitates this extension.

Considering your past delays, extensions etc, and the crucial nature of the upcoming steps, I believe it's reasonable to request additional time. An extension would not only help ensure a fair process but would also uphold the principles of legal equity and justice.

Please take these points into account and let me know if you might be willing to revisit your decision.

Best regards,
Xu
[Quoted text hidden]

---

**Shant Taslakian** <shant.taslakian@lacity.org>                                                              Mon, Jan 15, 2024 at 8:00 AM
To: Lin <superbloom2020@gmail.com>
Cc: Melinda Crowe <melinda.crowe@lacity.org>

Ms. Lin,

The majority of the discovery had been provided to you, with the exception of the body worn videos, most, if not all, of which you had already received during the criminal trial. Thus, I believe your substantial request for an extension is not warranted. Nevertheless, I will agree to a brief one week extension, limited to five additional requests for admission and interrogatories.

Best,

Shant
[Quoted text hidden]

---

**Lin** <superbloom2020@gmail.com>                                                                             Tue, Jan 16, 2024 at 2:19 PM
To: Shant Taslakian <shant.taslakian@lacity.org>

**EXHIBIT 1**

Cc: Melinda Crowe <melinda.crowe@lacity.org>

Dear Shant,

Thanks for granting this one-week extension for discovery admission and interrogatories, albeit with stringent conditions.

I would like to remind you, as discussed in our phone conversation on January 8, 2024, that the extensions and delays I have previously provided to you were significantly more extensive. While I understand the need for procedural timelines, I believe reciprocity in granting extensions is fundamental to a cooperative discovery process.
As mentioned, the specific number of days for the discovery process extension is negotiable. However, as also noted during our conversation, it seems likely that I will need to seek a formal extension from the court given the reasons we discussed.

I am hopeful we can come to a mutually agreeable resolution without undue delay.

Regards,
Xu
[Quoted text hidden]