UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-01575-FLA (SP) | Date | February 21, 2024 |
|---|---|---|---|
| Title | JING XU v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None Present  None Present

**Proceedings:**   **(In Chambers) Order Referring Case to Magistrate Judge for Settlement Conference**

In light of the parties' request at the February 14, 2024 telephonic conference, the court orders as follows:

1.   The case is referred to Magistrate Judge Shashi H. Kewalramani for settlement proceedings.

2.   The settlement conference is to be completed no later than May 10, 2024.

3.   Plaintiff and counsel for defendant are ordered to contact Judge Kewalramani's Courtroom Deputy Clerk no later than **March 8, 2024** regarding scheduling the settlement conference.

cc:   Judge Kewalramani