UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-01575-FLA (SP) | Date | February 21, 2024 |
|---|---|---|---|
| Title | JING XU v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Granting in Part Request for Extension of Discovery Cutoff [69] and Extending Other Deadlines Commensurately**

## Discovery Cutoff

On February 6, 2024, plaintiff filed a request for a 210-day extension of the March 1, 2024 discovery cutoff, to September 27, 2024. Docket no. 69. Plaintiff points to delays she has experienced in receiving discovery from defendants, additional legal theories she would like to research based on discovery received, challenges she has faced in litigating as a pro se litigant, and her medical issues.

Defendants opposed the extension request on February 14, 2024. Docket no. 72. Defendants argue plaintiff failed to meet and confer about her requested extension, apart from notifying defendants of her intended request, and maintain plaintiff has already conducted substantial discovery and has not pointed to additional discovery she actually needs. Plaintiff filed a reply the same day. Docket no. 73. Plaintiff contends she did meet and confer, argues that she has not actually obtained much discovery from defendants due to their extensive objections, and states she needs additional time to conduct one or more depositions.

The court finds plaintiff has shown a need for some additional time to conduct discovery, but not another 210 days. The court appreciates the challenges plaintiff faces, but her description of the discovery she still seeks does not warrant more than an additional three months. An extension of about three months should provide plaintiff ample time to follow up on the written discovery she has served and conduct any needed depositions.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-01575-FLA (SP) | Date | February 21, 2024 |
|---|---|---|---|
| Title | JING XU v. CITY OF LOS ANGELES, et al. | | |

## Scheduling Order

In light of the extension of the discovery cutoff, the court extends deadlines set forth in the June 28, 2023 Case Management and Scheduling Order as follows:

1. The discovery cutoff is extended to May 31, 2024;

2. The deadline to complete a settlement conference or mediation is extended to May 10, 2024;

3. The deadline to file motions for summary judgment or other substantive motions is extended to July 16, 2024; and

4. All other provisions in the June 28, 2023 Case Management and Scheduling Order continue to apply.

By separate order the court will refer this case to a magistrate judge for a settlement.