UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:23-cv-01575-FLA-SP | Date: | March 15, 2024 |
|---|---|---|---|
| Title: | *Jing Xu v. City of Los Angeles, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   SETTLEMENT REACHED**

On March 11, 2024, the Court held a settlement conference. After further discussions, the parties have accepted the mediator's proposal and the case reached a settlement. The Court and the parties have agreed to the following deadlines and terms:
- Defendant is to provide a draft settlement agreement to Plaintiff by close of business on **March 15, 2024**.
- The settlement agreement, including the release agreement, is to be finalized by **March 22, 2024** and executed by **April 5, 2024**.
- Plaintiff is to dismiss the individual officers with prejudice by no later than **April 5, 2024**;
- Payment is to be made within 60 calendar days after the following four steps are completed: (1) the individual officers are dismissed, with prejudice, from the action by Plaintiff; (2) Defendant's receive the executed settlement and release agreement; (3) Plaintiff provides a signed Joint Stipulation of Dismissal of the Entire Action, which Defendant City of Los Angeles will file for the Parties after the check has been issued; and (4) Defendant's receive Plaintiff's completed W-9 tax documents.

Lastly, the parties shall notify the District Judge of the settlement by filing a Notice of Settlement no later than April 5, 2024.

**IT IS SO ORDERED.**