**HYDEE FELDSTEIN SOTO,** City Attorney- SBN 106866
**DENISE C. MILLS,** Chief Deputy City Attorney – SBN 191992
**SCOTT MARCUS,** Chief Asst. City Attorney-SBN 184980
**CORY M. BRENTE,** Sr. Assistant City Attorney-SBN 115453
**SHANT TASLAKIAN,** Deputy City Attorney-SBN 272485
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Phone No.: (213) 978-6900; Fax No.: 213) 978-8785
Email: Shant.Taslakian@lacity.org

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JACQUELINE GIL, JOSE HERNANDEZ, OSCAR MALDONADO AND ERIC WATTS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU,<br><br>*Plaintiff*,<br><br>v.<br><br>City of Los Angeles,<br>Los Angeles Police Department,<br>E Watts, #43716, John Doe<br>J. Velazquez, #42422, John Doe<br>Hernandez, #43215, John Doe<br>Maldonado, #43223, John Doe<br>Lt. Sanchez, #25339, John Doe<br><br>*Defendants*. | CASE NO. 2:23CV01575-FLA(SP)<br>*Hon. Fernando L. Aenlle-Rocha, Crtrm 6B, First Street Federal Courthouse*<br><br><br><br>**STIPULATION RE DISMISSAL OF THE CITY DEFENDANTS** |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record and JING XU, Plaintiff in Pro Se, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-entitled action against Defendants**, JACQUELINE GIL, JOSE HERNANDEZ, OSCAR MALDONADO AND ERIC WATTS** *("City Defendants")* be dismissed in their entirety, with prejudice.

///

1

All parties to bear their own costs and fees.

***IT IS SO STIPULATED.***

DATED: March 18, 2024

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By: __/s/ *Shant Taslakian*__
SHANT TASLAKIAN, Deputy City Attorney

*Attorneys for Defendants*
**CITY OF LOS ANGELES, JACQUELINE GIL, JOSE HERNANDEZ, OSCAR MALDONADO AND ERIC WATTS**

DATED: April 11, 2024

JING XU, *Plaintiff in Pro Se*

By: _____/s/_____
**JING XU**, Plaintiff

2

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU,<br><br>   *Plaintiff*,<br><br>  v.<br><br>City of Los Angeles,<br>Los Angeles Police Department,<br>E Watts, #43716, John Doe<br>J. Velazquez, #42422, John Doe<br>Hernandez, #43215, John Doe<br>Maldonado, #43223, John Doe<br>Lt. Sanchez, #25339, John Doe<br><br>   *Defendants*. | CASE NO. 2:23CV01575-FLA(SP)<br>*Hon. Fernando L. Aenlle-Rocha, Crtrm 6B,*<br>*First Street Federal Courthouse*<br><br>[PROPOSED]<br><br>**ORDER RE:**<br>**STIPULATION RE DISMISSAL OF**<br>**THE CITY DEFENDANTS** |

  Based on the Stipulation of the parties, IT IS HEREBY ORDERED that THE "City Defendants" only are dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

  ***IT IS SO ORDERED.***

DATED: _____    _____
              HONORABLE FERNANDO L. AENLLE-ROCHA
              UNITED STATES DISTRICT COURT JUDGE