# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JING XU,

                  Plaintiff,

      v.

CITY OF LOS ANGELES, *et al.*,

                  Defendants.

Case No. 2:23-cv-01575-FLA (SPx)

**ORDER DISMISSING ACTION [DKT. 81]**

1

1        On April 12, 2024, the parties filed a Stipulation re Dismissal of the City

2   Defendants ("Stipulation"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).

3   Dkt. 81.  Having considered the Stipulation and finding good cause therefor,

4   Defendants Jacqueline Gil, Jose Hernandez, Oscar Maldonado, and Eric Watts are

5   DISMISSED from this action with prejudice.

6

7        IT IS SO ORDERED.

8

9   Dated: April 29, 2024

10                   FERNANDO L. AENLLE-ROCHA
                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2