**HYDEE FELDSTEIN SOTO,** City Attorney- SBN 106866
**DENISE C. MILLS,** Chief Deputy City Attorney – SBN 191992
**KATHLEEN KENEALY,** Chief Asst. City Attorney-SBN 212289
**CORY M. BRENTE,** Assistant City Attorney-SBN 115453
**SHANT TASLAKIAN,** Deputy City Attorney-SBN 272485
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel.: (213) 978-6900; Fax No.:  213) 978-8785
Email: Shant.Taslakian@lacity.org

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**

**JING XU**, Plaintiff in Pro Per
P.O. Box 51081
Irvine, CA 92619
Tel.: (424)408 7861
Email: Superbloom2020@Gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU,<br><br>  *Plaintiff*,<br><br>   v.<br><br>City of Los Angeles,<br>Los Angeles Police Department,<br>E Watts, #43716, John Doe<br>J. Velazquez, #42422, John Doe<br>Hernandez, #43215, John Doe<br>Maldonado, #43223, John Doe<br>Lt. Sanchez, #25339, John Doe<br><br>   *Defendants*. | CASE NO.  2:23CV01575-FLA(SP)<br><br>*Hon. Fernando L. Aenlle-Rocha*, *Crtrm 6B, First Street Federal Courthouse*<br><br>*Hon. Sheri Pym,* *Magistrate Judge, Crtrm. 3, 3rd Floor, George E. Brown, Jr. U.S. Courthouse, Riverside, CA 92501*<br><br>**JOINT REPORT REGARDING SETTLEMENT** |

TO THE HONORABLE COURT:

   Pursuant to the Court's Order requesting a status update for the filing of a stipulation of dismissal, the Parties are waiting for Plaintiff to acquire the necessary tax identification information in order for the City to provide payment. Plaintiff has advised that this

1

information will be received by the beginning of August. Upon receipt of the necessary tax identification, the City anticipates it will take approximately six weeks to issue a check.

Dated: July 31, 2024

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Asst. City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: /s/ *Shant Taslakian*
**SHANT TASLAKIAN**
Deputy City Attorney

*Attorneys for Defendants,*
**CITY OF LOS ANGELES, JOSE HERNANDEZ AND ERIC WATTS**