1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | JING XU,                          | Case No. 2:23-cv-01575-FLA (SP)
12 |                      Plaintiff,
13 |         v.                        | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 133]**
14 |
15 | CITY OF LOS ANGELES, *et al.*,
16 |                      Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

1

1  Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report").  Dkt. 133.  Plaintiff has not filed any written Objections to the Report within the time permitted.  The court accepts the findings and recommendation of the Magistrate Judge.

Defendants' Motion to Enforce the Settlement Agreement, Dkt. 92, is GRANTED, and Judgment will be entered dismissing this action in its entirety with prejudice, in accordance with the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: September 26, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge