JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING XU, | Case No. 2:23-cv-01575-FLA (SP) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

1

1  Pursuant to the Order Accepting Findings and Recommendation of United
2  States Magistrate Judge, it is hereby ADJUDGED this action is dismissed with
3  prejudice.
4
5  IT IS SO ORDERED.
6
7  Dated: September 26, 2025
8  _____
   FERNANDO L. AENLLE-ROCHA
9  United States District Judge